USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO, on behalf of herself and all others similarly situated,

          Plaintiff,

-against-

GENERAL STORE, LLC,

          Defendant.

1:22-cv-6130-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Defendant submitted a request for a pre-motion conference on its anticipated motion to dismiss the Plaintiff's complaint [ECF No. 8]. The Plaintiff has not timely filed an opposition letter. After reviewing the arguments set out in the Defendant's submission, IT IS HEREBY ORDERED that the motion for a pre-motion conference is DENIED, and Defendant is GRANTED leave to file a motion to dismiss on the schedule set forth below.

    IT IS FURTHER ORDERED that on or before December 5, 2022, Plaintiff must inform the Court via letter whether she intends to amend her complaint. This will be Plaintiff's last opportunity to amend the complaint in response to arguments raised in Defendant's letter.

    IT IS FURTHER ORDERED that if the Plaintiff does not amend her complaint, Defendant must file its motion to dismiss on or before December 19, 2022. Further briefing shall be submitted on the schedule set forth in Local Rule 6.1(b).

    IT IS FURTHER ORDERED that if the Plaintiff elects to amend her complaint, the amended complaint is due on or before December 19, 2022. Defendant must respond to any amended complaint within 14 days of its filing. In the event Defendant files a new motion to dismiss, the briefing for that motion will be on the schedule set forth in Local Rule 6.1(b).

Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

The Clerk of Court is respectfully requested to terminate docket entry 8.

SO ORDERED

Dated: New York, New York
       November 21, 2022

_____
MARY KAY VYSKOCIL
United States District Judge