

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: mars@khaimovlaw.com

December 5, 2022

**BY ECF**
Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

    Re:    <u>Toro v. General store, LLC, LLC.; 1:22-cv-6130-MKV</u>

Dear Judge Vyskocil:

    Plaintiff submits this letter in accordance with the directives set forth in Your Honor's Order dated November 21, 2022 (Dkt. No. 9) ("the Order"). Plaintiff indeed intends on filing an Amended Complaint by December 19, 2022, as directed in the Order.

    Plaintiff thanks the Court for its attention herein

    Respectfully and sincerely,

    /s/ Mars Khaimov, Esq.

Cc: all counsel of record

