UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMINE TORO, individually and as the representative of a putative class of similarly situated persons,<br><br>       Plaintiff,<br> v.<br><br>GENERAL STORE, LLC,<br><br>       Defendant. | Case No. 1:22-cv-06130-MKV<br><br>**NOTICE OF MOTION TO DISMISS** |

  PLEASE TAKE NOTICE that upon the undersigned's annexed Memorandum of Law in Support of Motion to Dismiss dated January 3, 2023, together with the Declaration of James Jantarasami, Esq. of even date therewith and the exhibit(s) annexed thereto, Defendant GENERAL STORE, LLC ("Defendant") will move at a date and time to be determined by this Court for an Order dismissing the Amended Complaint dated December 19, 2022 of Plaintiff JASMINE TORO ("Plaintiff") pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and awarding such other and further relief as the Court may deem just and proper.

  TAKE FURTHER NOTICE that under Local Civil Rule 6.1(b), answering papers, if any, must be served not later than fourteen (14) days after service hereof, whereupon Defendant's reply shall be served within seven (7) days thereafter.

Dated: January 3, 2023
    New York, New York

                  Respectfully submitted,

                  LAW OFFICE OF JAMES JANTARASAMI
                  3 Columbus Circle, 15th Fl.
                  New York, NY 10019
                  (212) 324-1480

*Attorney for Defendant General Store, LLC*

By: _/s/ James Jantarasami_
    James Jantarasami

TO:    CLERK OF COURT

MARS KHAIMOV LAW, PLLC
108-26 64th Avenue, Second Floor
Forest Hills, New York 11375
(929) 324-0717
*Attorney for Plaintiff*