**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JASMINE TORO, on behalf of herself and all
others similarly situated,

                        Plaintiff,

     -against-                                      22 **CIVIL** 6130 (MKV)

                                                   **JUDGMENT**

GENERAL STORE, LLC,

                        Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated July 19, 2023, Defendant's Motion to Dismiss is GRANTED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       July 19, 2023

                                                       **RUBY J. KRAJICK**
                                                     _____
                                                       **Clerk of Court**

                              **BY:**  *K. Mango*
                                                     _____
                                                     **Deputy Clerk**